# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                PLAINTIFF

v.                         No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections
Sergeant, North Central Unit, *et al.*                                     DEFENDANTS

## ORDER

**1.** Hastings's embedded objection about being denied counsel, *Doc. 19*, is overruled. The Magistrate Judge did not clearly err or misapply the law in denying Hastings's motion for appointed counsel, *Doc. 8 & 15*; FED. R. CIV. P. 72(a).

**2.** On *de novo* review, the Court adopts the partial recommendation, *Doc. 5*, and supplemental partial recommendation, *Doc. 14*, as modified and mostly overrules Hastings's objections, *Doc. 19*. FED. R. CIV. P. 72(b)(3). The recommendations essentially construe Hastings's second amended complaint, *Doc. 7*, as a supplement to his amended complaint, *Doc. 4*. This liberal construction is the best way forward. The Court therefore directs the Clerk to amend the docket to reflect that *Doc. 7* is a supplement to *Doc. 4*.

The Court makes one modification to the supplemental recommendation: In his objections, Hastings clarifies that his retaliatory discipline claims against Puckett and Wilbur are not related to his failure to kneel when directed. *Doc. 19.* Read together, Hastings's complaints allege that both Puckett and Wilbur retaliated against him for filing grievances—a protected First Amendment activity—by issuing false disciplinary charges, and that they did so to cover up for not giving him his insulin. *Doc. 4 at 4; Doc. 7 at 12.* That's sufficient to state a claim at this stage.

Hastings may proceed with the claims against Brown and Hall in his amended complaint, *Doc. 4*, the claims against Richard and Wilson in his supplement, *Doc. 7*, and the claims against Wilbur and Puckett in both. The official capacity damages claims against Wilbur and Puckett are dismissed without prejudice. And all claims against Faust, Schubert, Reaves, Peter, and Marshall are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 July 2020