IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                           PLAINTIFF

v.                           No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR; KIMBERLY BROWN;
STEVEN R. PUCKETT; MARVORRIE
HALL; JERREMY WILSON; and
SHAWN RICHARD                                                                       DEFENDANTS

ORDER

1. On *de novo* review, the Court partly adopts and partly declines the Magistrate Judge's partial recommendation, *Doc. 30*, and partly overrules and partly sustains Hastings's objections, *Doc. 40*. FED. R. CIV. P. 72(b)(3).  With one exception, the record doesn't show that irreparable harm is likely without immediate court action.  The exception is Hastings's diabetes-related allegations about insulin and snacks.  The Court returns the motion, *Doc. 29*, to the Magistrate Judge to develop the record on that issue and provide another recommendation limited to that issue.

2. Hastings's appeal, *Doc. 48*, is denied.  FED. R. CIV. P. 72(a). Magistrate Judge Volpe didn't clearly err or misapply the law in denying Hastings's motions for a stress test, for appointed counsel, and

for a hearing.  *Doc. 15, 41 & 47*;  *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 October 2020