IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                            PLAINTIFF

v.                          No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections Sergeant,
North Central Unit, *et al.*                                                      DEFENDANTS

# ORDER

1. The Court construes Hastings's supporting evidence, *Doc. 79*, as an objection to Magistrate Judge Volpe's partial recommendation, *Doc. 68*. On *de novo* review, the Court adopts the partial recommendation, *Doc. 68*, and overrules Hastings's objections, *Doc. 79*. FED. R. CIV. P. 72(b)(3). The Court appreciates Judge Volpe developing the record on diabetes-related matters. That record doesn't show that irreparable harm is likely without immediate court action. Hastings's motion for preliminary injunctive relief, *Doc. 29*, is therefore denied.

2. Hastings's appeal, *Doc. 86*, is denied. FED. R. CIV. P. 72(a). Magistrate Judge Volpe didn't clearly err or misapply the law in denying Hastings's motion to be transferred and to have free-world doctors handle all his medical and mental-health care. *Doc. 81*.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020