IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                              PLAINTIFF

v.                            No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections Sergeant,
North Central Unit, *et al.*                                                            DEFENDANTS

ORDER

Hastings appeals Magistrate Judge Volpe's rulings on eighteen of his motions throughout this case. *Doc. 168 & 174.* The appeals as to *Doc. 15, 17, 78, 89 & 98* are denied as untimely. FED. R. CIV. P. 72(a). Hastings must object to any nondispositive Order within fourteen days. Hastings is familiar with this procedural requirement: he has filed many timely objections in this case. *Doc. 48, 86, 96, 117 & 118.*

Hastings's appeals as to *Doc. 132, 157 & 165* are denied, too. Magistrate Judge Volpe did not clearly err or misapply the law in ruling on Hastings's many motions. Hastings's discovery requests and motions for relief must be limited to his diabetes-related claims. He can't use this case to take up other issues with the ADC.

The Court makes one modification: The denial of Hastings's motion for copies, *Doc. 159*, is without prejudice. Magistrate Judge Volpe correctly denied the motion because Hastings sought almost 150

pages of copies without explanation.  If Hastings needs copies, then he must tailor his request and explain why he needs each paper requested.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2021