IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                              PLAINTIFF

v.                          No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections Sergeant,
North Central Unit, *et al.*                                                    DEFENDANTS

ORDER

On *de novo* review, the Court declines the Magistrate Judge's partial recommendation, *Doc. 351*. The ADC Defendants' objections, *Doc. 355*, are sustained; and Hastings's objections, *Doc. 356*, are overruled. FED. R. CIV. P. 72(b)(3).

Grievance NC-20-371 presents a close issue. But the Court concludes that the grievance didn't fairly present two separate claims for resolution. Instead, it's most fairly read as a claim about Wilbur's false statements. Hastings cited the underlying medication denial as the motive for those statements; but doing so wasn't enough to alert the ADC that he was grieving that alleged deliberate indifference, too. The prison's reading of the grievance as one about disciplinary matters was a fair one. And as the Magistrate Judge notes, false disciplinaries generally aren't actionable under § 1983.

The ADC correctly rejected Grievance NC-20-371; and it does not serve to exhaust Hastings's deliberate indifference claim against Wilbur. The remaining slice of the motion for summary judgment, *Doc. 284*, is therefore granted. Hastings's claims in Grievance NC-20-371 are dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

2 September 2021