IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                              PLAINTIFF

v.                       No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections Sergeant,
North Central Unit, *et al.*                                            DEFENDANTS

ORDER

Hastings appeals the Magistrate Judge's denial of his most recent motion for preliminary injunctive relief. *Doc. 354 & 358*. The Court vacates the Order because, unless the parties consent to a Magistrate Judge's jurisdiction, motions for injunctive relief must be handled by recommendation to a District Judge. 28 U.S.C. § 636(b)(1)(A)–(B). On *de novo* consideration, though, the Court reaches the same result. Hastings's "motion is based on new assertions of mistreatment that are entirely different from the claim[s] raised and the relief requested" in these consolidated lawsuits, which are about the care Hastings received for his diabetes and bipolar disorder. *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994) (*per curiam*). Preliminary injunctive relief is therefore inappropriate. If Hastings wants to raise failure-to-protect and retaliation claims, then he must do so in a separate lawsuit after exhausting his administrative remedies. Motion, *Doc. 358*, denied.

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 September 2021