IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                    PLAINTIFF

v.                          No. 3:20-cv-160-DPM

ALEC J. WILBUR, Corrections
Sergeant, North Central Unit, *et al.*                                         DEFENDANTS

## ORDER

Hastings's appeal, *Doc. 390*, is denied. FED R. CIV. P. 72(a). Magistrate Judge Volpe didn't clearly err or misapply the law in denying the most recent motion for appointed counsel. *Doc. 386 & 387*; *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). Hastings must continue doing his best; and the Court will continue to liberally construe Hastings's *pro se* filings.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 February 2022