IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                              PLAINTIFF

v.                              No. 3:20-cv-160-DPM-JJV

ALEC J. WILBUR, Corrections
Sergeant, North Central Unit, *et al.*                                   DEFENDANTS

## ORDER

Hastings's motion for recusal, *Doc. 403*, is denied. Adverse rulings standing alone do not show bias or partiality. *Ex parte American Steel Barrel Company*, 230 U.S. 35, 43–44 (1913). The Court's docket shows each of the Court's decisions, some by separate Order and some by Text Order. Hastings has presented no valid reason that I should recuse and I know of none. 28 U.S.C. § 455.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2022