IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                                                    PLAINTIFF

v.                              No. 3:20-cv-160-DPM

ALEC J. WILBUR, Corrections
Sergeant, North Central Unit, *et al.*                                              DEFENDANTS

## JUDGMENT

Hastings' claims against Alec J. Wilbur, Kimberly Brown, Nurzuhal Faust, Marjorie Hall, Justin Nathaniel Peter, Reed D. Marshall, Jeremy Wilson, Andrew Schubert, and Lori Reaves are dismissed without prejudice. His claims against Shawn Richard and Steven R. Puckett are dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2022