IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN HASTINGS
ADC #171672                                                               PLAINTIFF

v.                          No. 3:20-cv-160-DPM

STEVEN R. PUCKETT, Corporal, North
Central Unit; and SHAWN RICHARD,
Psychiatrist, Wellpath                                                   DEFENDANTS

## ORDER

Motion, *Doc. 445*, is granted. Michael Mosley is relieved as counsel for defendants.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 December 2022